IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENNETH MARTIN GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-040 |
| | ) | |
| AUTRY STATE PRISON; | ) | |
| COMMISSIONER GREG DOZIER; | ) | |
| COMMISSIONER TIMOTHY WARD; | ) | |
| ROBERT TOOLE; MR. KRICKMER; | ) | |
| WARDEN WALTER BERRY; MR. | ) | |
| GAMMAGE; MR. SHAVERS; MRS. | ) | |
| WILSON; MR. ALLI; HENDRIX; | ) | |
| MR. HODGE; MR. LEE; MRS. SPAIN; MR. | ) | |
| MUZZY; SERGEANT MURRAY; MR. | ) | |
| WILLIAMS; DOCTOR MARK WOOD; | ) | |
| BRADFORD; MR. COX; MRS. ELLIS; | ) | |
| MRS. JACKSON; and MRS. ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed this case in the Southern District of Georgia even though the majority of the named defendants are located in Mitchell County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Mitchell County.  (See doc. no. 1.)  Because Mitchell County is in the Middle District of Georgia, the proper venue is the Albany Division of the Middle District of Georgia.  28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Albany Division.  28 U.S.C.

§ 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 16th day of June, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA